# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| Lawrence C.J. Cary, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| Michael D. Neal & Associates, Inc. | ) | No. 5:17-CV-84-BR |
| | ) | |
| Appellee. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy court's 16 February 2017 order is AFFIRMED.

This case is cloed.

**<u>This judgment filed and entered on April 26, 2017, and served on:</u>**

Lawrence C.J. Cary (via US Mail at 3661 Sunset Ave. #222, Rocky Mount, NC 27804)
William Forrest Braziel, III (via US Mail atThe Janvier Law Firm, 1101 Haynes St., Ste. 102, Raleigh, NC 27604)

April 26, 2017

PETER A. MOORE, JR., CLERK OF COURT

_____
By: Deputy Clerk